# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155335 & (23)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                          SC:  155335
                                                          COA:  334548
                                                        Wayne CC:  02-014334-FC

J'VON DECARRO BYNUM,
      Defendant-Appellant.
_____/

       On order of the Court, the motion to supplement is GRANTED.  The application for leave to appeal the January 6, 2017 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).

       WILDER, J., did not participate because he was on the Court of Appeals panel at an earlier stage of the proceedings.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2017



s1218

                               Clerk